IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| CHERIE C. WHITEHURST, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.: 6:19-cv-00010 |
| ) | |
| BEDFORD COUNTY SCHOOL BOARD, ) | |
| ) | |
| and ) | |
| ) | |
| DOUGLAS R. SCHUCH, ) | |
| ) | |
| Defendants. ) | |

NOTICE OF APPEARANCE OF COUNSEL

Notice is hereby given of the entry of the undersigned as counsel for the Plaintiff, Cherie C. Whitehurst, Ed.D., in the above-captioned matter. Pursuant to Fed. R. Civ. P. 5, all further notices and copies of pleadings, papers, and other materials relevant to this matter should be directed to and served upon the following:

> B. Cabell Barrow
> BYRNES GOULD PLLC
> 312 Main Street, Suite 200 (24541)
> P.O. Box 47
> Danville, Virginia 24543
> Telephone:  434.792.2424
> Cbarrow@byrnesgould.com

B. CABELL BARROW

/s/ B. Cabell Barrow
W. Huntington Byrnes (VSB No. 46714)
Steven P. Gould (VSB No. 80411)
B. Cabell Barrow (VSB No. 87299)
**BYRNES GOULD PLLC**
312 Main Street, Suite 300 (24541)
P.O. Box 47
Danville, Virginia 24543
Telephone:  434.792.2424
Cbarrow@byrnesgould.com
*Counsel for Plaintiff*

CERTIFICATE OF COUNSEL

I hereby certify that on the 15th day of July, 2019, the foregoing Notice of Appearance was filed electronically with the U.S. District Court, Western District of Virginia, Lynchburg Division and was served electronically on the following, who is a CM/ECF participant:

Stacy L. Haney, Esq.
HANEY PHINYOWATTANACHIP PLLC
11 S. 12th Street, Suite 300C
Richmond, VA 23219
Telephone: (804) 500-0301
Facsimile: (804) 500-0309
shaney@haneyphinyo.com
*Counsel for Defendants*

     /s/ B. Cabell Barrow