# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# LYNCHBURG DIVISION

| | |
|---|---|
| **Cherie C. Whitehurst** | Action No: 6:19CV00010 |
| | Date: September 13, 2019 |
| vs. | Judge: Norman K. Moon |
| | Court Reporter: Judy Webb |
| **Bedford County School Board, et al.** | Deputy Clerk: Carmen Amos |

| Plaintiff Attorney(s) | Defendant Attorney(s) |
|---|---|
| W. Huntington Byrnes | Stacy L. Haney |

## LIST OF WITNESSES

| PLAINTIFF/GOVERNMENT: | DEFENDANT: |
|---|---|
| 1. | 1. |

PROCEEDINGS:

Motion Hearing held on #9 - Motion to Dismiss for Failure to State a Claim filed by Bedford County School Board and Douglas R. Schuch. Plaintiff addressed #19 – Objections. Defendant responded. Court orders that Defendants pay Plaintiff's Counsel for 3 hours, at their hourly rate, for the added time/work involved in dealing with the timeliness issue of hearing the Motion to Dismiss. Arguments heard as to the pending Motion to Dismiss. An appropriate order will issue.

Time in Court: 2:04 – 3:22 p.m. (1 hour, 18 minutes)