CLERKS OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED

9/24/2019

JULIA C. DUDLEY, CLERK
BY: s/ CARMEN AMOS
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

CHERIE C. WHITEHURST,　　　　　)
　　　　　　　　　　　　　　　　)
　　　　　　Plaintiff,　　　　　　)
　　　　　　　　　　　　　　　　)
v.　　　　　　　　　　　　　　　)　　Civil Action No.: 6:19-cv-00010
　　　　　　　　　　　　　　　　)
BEDFORD COUNTY SCHOOL BOARD,　)
　　　　　　　　　　　　　　　　)
and　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　)
DOUGLAS R. SCHUCH,　　　　　　)
　　　　　　　　　　　　　　　　)
　　　　　　Defendants.　　　　　)

**ORDER**

This matter is before the Court on the parties' Joint Motion for Enlargement of Time for Expert Witness Disclosures, through which the parties' seek an enlargement of the time within which expert witnesses must be disclosed, consistent with the agreement of the parties.

The Court having found good cause to do so, the parties' Motion is **GRANTED.**

Plaintiff shall disclose her expert witness(es) by no later than November 25, 2019.

Defendants shall disclose their expert witness(es) by no later than December 10, 2019.

The Clerk of the Court is directed to send a copy of this Order to counsel of record.

It is so **ORDERED**

Entered this 24th day of September, 2019.

/s/ _Robert S. Ballou_
Robert S. Ballou
United States Magistrate Judge

1