IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| CHERIE C. WHITEHURST, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No.: 6:19-cv-00010 |
| BEDFORD COUNTY SCHOOL BOARD, | ) |
| and | ) |
| DOUGLAS R. SCHUCH, | ) |
| Defendants. | ) |

**ORDER**

This matter is before the Court on a Joint Motion for Continuance, through which the parties seek a trial continuance and extension of expert witness disclosure deadlines, consistent with the agreement of counsel for parties.

The Court having found good cause to do so, the Joint Motion for Continuance is **GRANTED.** The trial of this matter shall be continued, and the parties' respective expert witness disclosure deadlines shall be extended, with the continuance date and expert witness disclosure deadlines extended to dates to-be-determined following resolution of Defendants' pending Motion to Dismiss.

The Clerk of the Court is directed to send a copy of this Order to counsel of record.

It is so **ORDERED**

Entered this \_\_\_\_ day of November, 2019.

_____
Robert S. Ballou
United States Magistrate Judge

1