CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
12/12/2019

JULIA C. DUDLEY, CLERK
BY: s/ A. Little
  DEPUTY CLERK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| **CHERIE C. WHITEHURST,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **Civil Action No. 6:19-cv-10** |
| v. ) | |
| ) | |
| **BEDFORD COUNTY SCHOOL BOARD,** ) | |
| and ) | |
| **DOUGLAS R. SCHUCH,** ) | |
| ) | |
| **Defendants.** ) | |

## ORDER AMENDING PRE-TRIAL SCHEDULING ORDER

Having continued the trial date in this matter to October 14-16, 2020, the Court finds it appropriate to adjust the pre-trial deadlines as follows:

1. Initial disclosures under Fed. R. Civ. P. 26 — January 10, 2020.

2. Responses to discovery previously propounded — January 10, 2020.

3. Plaintiff's initial expert disclosure — March 15, 2020.

4. Defendants' initial expert disclosure — April 15, 2020.

5. Rebuttal expert disclosures — May 1, 2020.

All other deadlines set forth in the pre-trial order (Dkt. 11) shall remain unchanged.

It is so **ORDERED**.

Entered: December 12, 2019

*Robert S. Ballou*

Robert S. Ballou
United States Magistrate Judge