IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| CHERIE C. WHITEHURST, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Civil Action No.: 6:19-cv-00010 |
| BEDFORD COUNTY SCHOOL BOARD, | ) ) ) |
| and | ) ) |
| DOUGLAS R. SCHUCH, | ) ) ) |
| Defendants. | ) |

## MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

COMES NOW B. Cabell Barrow of the law firm of Byrnes Gould PLLC and moves this Court for an Order permitting him to withdraw as counsel for Plaintiff, Cherie C. Whitehurst, Ed.D. ("Dr. Whitehurst") in the above-referenced case, based on the following grounds:

1. B. Cabell Barrow is leaving Byrnes Gould PLLC on Friday, December 13, 2019;

2. W. Huntington Byrnes and Steven P. Gould of the law firm of Byrnes Gould PLLC will still remain as counsel for Dr. Whitehurst; and

3. Dr. Whitehurst will not be prejudiced by the withdrawal of B. Cabell Barrow as counsel in this matter.

WHEREFORE, B. Cabell Barrow of the law firm of Byrnes Gould PLLC prays that he be permitted to withdraw as counsel for Dr. Whitehurst.

                    **B. CABELL BARROW**

                    /s/ B. Cabell Barrow
                    W. Huntington Byrnes (VSB No. 46714)
                    Steven P. Gould (VSB No. 80411)
                    B. Cabell Barrow (VSB No. 87299)
                    BYRNES GOULD PLLC
                    312 Main Street, Suite 200 (24541)
                    P.O. Box 47
                    Danville, Virginia 24543
                    Telephone:  434.792.2424
                    HByrnes@byrnesgould.com
                    SGould@byrnesgould.com
                    Cbarrow@byrnesgould.com
                    *Counsel for Plaintiff*

<u>CERTIFICATE OF COUNSEL</u>

I hereby certify that on the 12th day of December, 2019, the foregoing Motion for Leave to Withdraw as Counsel was filed electronically with the U.S. District Court, Western District of Virginia, Lynchburg Division and was served electronically on the following, who is a CM/ECF participant:

                    Stacy L. Haney, Esq.
                    HANEY PHINYOWATTANACHIP PLLC
                    11 S. 12th Street, Suite 300C
                    Richmond, VA 23219
                    Telephone: (804) 500-0301
                    Facsimile: (804) 500-0309
                    shaney@haneyphinyo.com
                    *Counsel for Defendants*

                    /s/ B. Cabell Barrow