CLERKS OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
12/12/2019
JULIA C. DUDLEY, CLERK
BY:  s/ CARMEN AMOS
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | | |
|---|---|---|
| CHERIE C. WHITEHURST, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No.: 6:19-cv-00010 |
| | ) | |
| BEDFORD COUNTY SCHOOL BOARD, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| DOUGLAS R. SCHUCH, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

This matter is before the Court on B. Cabell Barrow's Motion for Leave to Withdraw as Counsel (the "Motion").  The Court having found good cause to do so, the Motion is **GRANTED**.

B. Cabell Barrow is hereby withdrawn as counsel in this matter and W. Huntington Byrnes and Steven P. Gould of the law firm of Byrnes Gould PLLC will still remain as counsel for Plaintiff.

It is so **ORDERED.**

Entered:  December 12, 2019

*Robert S. Ballou*

Robert S. Ballou
United States Magistrate Judge