IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

CHERIE C. WHITEHURST,

    Plaintiff,

v.                                  Case No. 6:19CV00010

BEDFORD COUNTY SCHOOL BOARD, et al.

    Defendants.

## DEFENDANTS' MOTION TO DISMISS SECOND AMENDED COMPLAINT

Defendants Bedford County School Board ("School Board") and Dr. Douglas R. Schuch, by counsel, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, move for dismissal of the disparate treatment claim in Count I and the entirety of Count II of Plaintiff's Second Amended Complaint for failure to state a claim upon which relief can be granted. The Defendants rely on the accompanying memorandum in support of this motion.

WHEREFORE the Defendants Bedford County School Board and Dr. Douglas R. Schuch respectfully request that the Court enter an Order dismissing the Second Amended Complaint with prejudice and granting them such further relief as the Court may deem appropriate.

                                        RESPECTFULLY SUBMITTED,

                                        BEDFORD COUNTY SCHOOL BOARD
                                        AND DR. DOUGLAS R. SCHUCH

                                        By Counsel

/s/ Stacy L. Haney
Stacy L. Haney, Esq. (VSB 71054)
HANEY PHINYOWATTANACHIP PLLC
11 S. 12th Street, Suite 300C
Richmond, VA 23219
Telephone: (804) 500-0301
Facsimile: (804) 500-0309
shaney@haneyphinyo.com
      Counsel for Bedford County School Board
      and Dr. Douglas R. Schuch

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of February, 2020, I have electronically filed the foregoing using the CM/ECF system, which will automatically send email notification of such filing to counsel of record as follows:

      W. Huntington Byrnes
      Steven P. Gould
      BYRNES GOULD PLLC
      312 Main Street, Suite 200
      P.O. Box 47
      Danville, VA 24543
      Telephone (434) 792-2424
      HByrnes@byrnesgould.com
      SGould@byrnesgould.com

      Counsel for Plaintiff

/s/ Stacy L. Haney
Stacy L. Haney, Esq. (VSB 71054)
HANEY PHINYOWATTANACHIP PLLC
11 S. 12th Street, Suite 300C
Richmond, VA 23219
Telephone: (804) 500-0301
Facsimile: (804) 500-0309
shaney@haneyphinyo.com
      Counsel for Bedford County School Board
      and Dr. Douglas R. Schuch