IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

CHERIE C. WHITEHURST,

    Plaintiff,

v.                                                     Case No. 6:19CV00010

BEDFORD COUNTY SCHOOL BOARD, et al.

    Defendants.

## NOTICE OF APPEARANCE

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

PLEASE TAKE NOTICE that Andrew P. Selman of Haney Phinyowattanachip PLLC hereby enters an appearance as counsel for Defendants Bedford County School Board and Douglas R. Schuch in the above-referenced action. I am admitted to practice in this Court.

Date:   March 16, 2020

                                                     **ANDREW P. SELMAN**

                                                     /s/ Andrew P. Selman
                                                     Andrew P. Selman (VSB No. 91060)
                                                     HANEY PHINYOWATTACHIP PLLC
                                                     11 S. 12th Street Suite 300C
                                                     Richmond, VA 23219
                                                     aselman@haneyphinyo.com
                                                     Tel:    (804) 500-0303
                                                     Fax:   (804) 500-0309

                                                     Counsel for Bedford County School Board
                                                          and Douglas R. Schuch

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of March, 2020, I have electronically filed the foregoing using the CM/ECF system, which will automatically send email notification of such filing to counsel of records as follows:

W. Huntington Byrnes
Steven P. Gould
BYRNES GOULD PLLC
312 Main Street, Suite 200
P.O. Box 47
Danville, VA 24543
Telephone: (434) 792-2424
HByrnes@byrnesgould.com
SGould@byrnesgould.com

Counsel for Plaintiff

 /s/ Andrew P. Selman
Andrew P. Selman (VSB No. 91060)
HANEY PHINYOWATTACHIP PLLC
11 S. 12th Street Suite 300C
Richmond, VA 23219
aselman@haneyphinyo.com
Tel:     (804) 500-0303
Fax:    (804) 500-0309

Counsel for Bedford County School Board
        and Douglas R. Schuch