CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
4/7/2020
JULIA C. DUDLEY, CLERK
BY: s/ A. Little
     DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| CHERIE C. WHITEHURST, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No.: 6:19-cv-00010 |
| BEDFORD COUNTY SCHOOL BOARD, | ) |
| and | ) |
| DOUGLAS R. SCHUCH, | ) |
| Defendants. | ) |

**ORDER**

This matter is before the Court on the parties' Joint Motion for Continuance, through which the parties seek a trial continuance and extension of expert witness disclosures and other deadlines. Having found good cause to do so, the parties' Joint Motion for Continuance is **GRANTED.** The trial of this matter shall be rescheduled for **April 21–23, 2021**. Plaintiff's expert witness disclosure deadline is continued to October 30, 2020; Defendants' expert witness disclosure deadline is continued to November 30, 2020; and Plaintiff's rebuttal expert disclosure is continued to December 14, 2020. All other deadlines set forth in the pre-trial order (Dkt. 11) shall remain unchanged.

It is so **ORDERED.**

Entered: April 7, 2020

*Robert S. Ballou*

Robert S. Ballou
United States Magistrate Judge