CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
7/21/2020
JULIA C. DUDLEY, CLERK
BY: s/ A. Little
    DEPUTY CLERK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| CHERIE C. WHITEHURST, <br><br> *Plaintiff,* <br><br> v. <br><br> BEDFORD COUNTY SCHOOL BOARD, *et al.*, <br><br> *Defendants.* | CASE NO. 6:19-cv-00010 <br><br> ORDER <br><br> JUDGE NORMAN K. MOON |

Upon the request of the parties, and pursuant to 28 U.S.C. § 636(b)(3) and Rule 16(a)(5) of the Federal Rules of Civil Procedure, this matter is hereby **REFERRED** for mediation with United States Magistrate Judge Robert S. Ballou. The parties are **ORDERED** to appear before Judge Ballou and are directed to contact his chambers to schedule a conference, to the extent they have not already done so.

The Clerk of Court is directed to send a copy of this Order to all counsel of record.

Entered this ___21st___ day of July 2020.

_____
NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE